## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jennifer L Parson, et al.
                                Plaintiff,

v.                                                         Case No.: 1:22−cv−03962
                                                            Honorable Sharon Johnson Coleman

Allstate Insurance Company
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 17, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's agreed motion for entry of joint stipulation regarding deadline for Allstate to answer or otherwise plead [17] is granted. Responsive pleading to be filed by 10/17/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.